## WALLACE PRESTON *v*. LOU E. PRESTON.

[Abstract Kentucky Law Reporter, Vol. 7—43.]

**Dower.**

> Where a decedent is not occupying real estate at the time of his death and had not done so for eight years before, the widow is not entitled to a homestead right therein, but is entitled to dower in said property and it should be allotted to her.

### APPEAL FROM JOHNSON CIRCUIT COURT.

June 4, 1885.

OPINION BY JUDGE PRYOR:

The decedent from whom these parties, both appellant and appellee, derived title was not occupying the premises in controversy as a homestead at the date of his death, but was per warranty located elsewhere and had been for a period of eight years. He neither lived in the property, nor does it appear that such was his intention.

The appellee (the widow) was therefore entitled to dower, and as it appears from the facts of the record that dower can be assigned

her in the property, the commonwealth's report making this allotment should be adopted. Judgment reversed and remanded for proceedings consistent with this opinion.

Judgment *reversed*.

*James E. Stewart, for appellant.*